**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.   5:14-CR-50 (MTT)** |
| | : | |
| **v.** | : | |
| | : | |
| **ADRIAN GRAY** | : | |
| | : | |

## FINAL ORDER OF FORFEITURE

On July 22, 2015, pursuant to 21 U.S.C. § 853(n) and Federal Rule of Criminal Procedure 32.2(b), this Court entered a Preliminary Order of Forfeiture against Defendant Adrian Gray.

Pending now before the Court is the United States' Motion and Memorandum for Final Order of Forfeiture.

The Court hereby makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1.      This Court has jurisdiction of this matter pursuant to 18 U.S.C. § 3231, and venue is proper pursuant to 18 U.S.C. § 3232 and FED. R. CRIM. P. 18.

2.      The United States has furnished due and legal notice of these proceedings as required by law by causing publication of notice of forfeiture and the intent of the United States to dispose of the property in accordance with the law.

3.      The notice of forfeiture provided that any persons or entities having or claiming a legal right, title or interest in the property, within thirty (30) days of receipt of the notice, or no later than sixty (60) days from the first day of publication on the official internet government forfeiture website, *www.forfeiture.gov*, whichever is earlier, must

petition the United States District Court for the Middle District of Georgia for a hearing to adjudicate the validity of his or her alleged interest in the property pursuant to 21 U.S.C. § 853(n).

4.     No other persons or entities filed third-party petitions asserting claims or interests in the property subject to forfeiture, and the time for filing such petitions has now expired.

THEREFORE IT IS HEREBY ORDERED THAT:

1.     The Court's July 22, 2015, Preliminary Order of Forfeiture is final and all right, title, and interest in the following described property is hereby forfeited to and vested in the United States, to be disposed of in accordance with the law, to wit: $439,073.59 in United States funds, seized from the residence maintained by Adrian Gray, on July 26, 2013, located at 717 U.S. Highway 80, Culloden, Upson County, Georgia.

2.     The Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, this __2nd__ day of __March_____, 2016.

S/ Marc T. Treadwell
_____
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

PREPARED BY:

G. F. PETERMAN, III
ACTING UNITED STATES ATTORNEY

s/ DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO.   052683